**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

SHERMAN SULLIVAN,               :   No. 294 MAL 2019

          Petitioner        :

                             :   Petition for Allowance of Appeal from
                             :   the Order of the Commonwealth Court
          v.                  :

                             :

PENNSYLVANIA BOARD OF      :
PROBATION AND PAROLE,       :

                             :

          Respondent       :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 30th day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.